

```
                                Entered on Docket
                                December 11, 2015
                                EDWARD J. EMMONS, CLERK
                                U.S. BANKRUPTCY COURT
                                NORTHERN DISTRICT OF CALIFORNIA
```

MARCIA E. GERSTON (SBN 119026)
JUSTIN S. DRAA (SBN 253688)
GREENFIELD DRAA & HARRINGTON LLP
55 South Market St., Suite 1500
San Jose, CA 95113
Telephone: (408) 995-5600
Facsimile: (408) 995-0308
Email: mgerston@greenfieldlaw.com
       jdraa@greenfieldlaw.com

The following constitutes
the order of the court. Signed December 11, 2015

_____
Stephen L. Johnson
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| In re: | Case No.: 15-50656-SLJ |
| DANIEL J. SHAW and AMBER SHAW, | Chapter 7 |
| Debtors. | |
| EGGERS ADMINISTRATIVE TRUST PARTNERS, a California general partnership, formerly known as Eggers Administrative Trust, | Adv. Pro. No. 15-05061 |
| Plaintiff, | |
| vs. | |
| DANIEL J. SHAW, | |
| Defendant. | |

## JUDGMENT

The Court, having reviewed the STIPULATION RE NONDISCHARGEABILITY OF DEBT entered into by and between Plaintiff, The Eggers Administrative Trust Partners ("EATP"), and Defendant, Daniel Joseph Shaw ("Shaw"), and good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the debt in the amount of $900,000 owed by Shaw to EATP is nondischargeable pursuant to 11 U.S.C.

§§523(a)(2)(A), 523(a)(4), and 523(a)(6).

IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED that interest shall accrue from and after the date of this Judgment on the total judgment amount of $900,000 at ten percent (10%) per annum.

IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED that EATP is entitled to immediately execute on and enforce this Judgment upon entry.

***END OF ORDER***

<u>COURT SERVICE LIST</u>

3  None

Shaw/plead/APEggersAdministrativeTrustv.Shaw/NonDischrg.JUDGMENT.V2